IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Florencia Aramburo Mondragon, et al., | NO. C 08-05722 JW |
|       Plaintiffs, <br> v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Jesus Fernandez, et al., | |
|       Defendants. | |

On May 4, 2009, the parties are scheduled to appear for a case management conference. Pursuant to the Court's Order, the parties were to file a Joint Case Management Statement by April 24, 2009. (See Docket Item No. 7.) To date, no such submission has been made. In light of the parties' failure to adhere to the Court's Order, the Court finds good cause to continue the May 4 conference. Accordingly, the May 4 conference is CONTINUED to **May 18, 2009 at 10 a.m.** On or before **May 8, 2009**, the parties shall file a Joint Case Management Statement. In their Joint Statement, the parties shall explain their failure to adhere to the Court's April 24, 2009 Order. In addition, the Joint Statement shall include a good faith discovery plan with a proposed date for the close of all discovery.

Should the parties fail to adhere to the terms of this Order, this case shall be subject to dismissal under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Dated: April 29, 2009

                                          JAMES WARE<br>
                                          United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Wang adamqwang@gmail.com
Robert David Baker attyatlaw@earthlink.net

**Dated: April 29, 2009**                              **Richard W. Wieking, Clerk**

                                                               **By:  /s/ JW Chambers**
                                                                      **Elizabeth Garcia**
                                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California