1

2

3

4

5                                                      *E-FILED - 7/16/09*

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12   ALMA YADIRA, individually and on behalf of     Case Nos. C-08-05721-RMW
     others similarly situated,                                C-08-05722-JW

13                    Plaintiffs,                   ORDER RE RELATION OF CASES

14   vs.

15   JESUS FERNANDEZ dba MARIA'S
     NIGHTCLUB, TONY'S POOL HALL AND
16   FLAMINGO NIGHTCLUB, and DOES 1-10,

17                    Defendants.

18

19          After further thought, the court believes that the two above referenced cases should probably

20   be related.  Whether they should be consolidated is a different question and can be determined later.

21   Therefore,

22          IT IS HEREBY ORDERED that the parties are to file any objection they have to the cases

23   being related within ten days of the date of this order.  If no objection is filed within the ten day

24   period, the cases will be related and action number C-08-05722-JW will be reassigned to Judge

25   Ronald Whyte.

26          DATED: 7/16/09

27                                                 _Ronald M Whyte_

28                                                 _____
                                                   RONALD M. WHYTE
                                                   United States District Judge