1  ADAM WANG, Bar No. 201233
   LAW OFFICES OF ADAM WANG
2  12 South First Street, Suite 708
   San Jose, CA 95113
3  Tel: (408) 292-1040
   Fax: (408) 416-0248
4
5  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MONDRAGON, et al., | Case No: C 08-5722 RMW |
|---|---|
| Plaintiffs, | STIPULATION TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION TO COMPEL & [PROPOSED] ORDER |
| vs. | |
| JESUS FERNANDEZ, et al., | |
| Defendants | |

   Parties, through their respective counsel, stipulate to continue the hearing on Plaintiffs' motion to compel as follows:

   1.  Plaintiffs filed a motion to compel (Docket No. 18). The hearing on the motion is currently set on January 6, 2010.

   2.  After Plaintiffs' motion was filed, Defendants informed Plaintiffs that the majority of documents requested were ready for inspection.

   3.  As such, parties stipulate to continue the hearing currently set on January 6, 2009 for three weeks to allow parties a further chance to resolve the disputes without the Court's intervention.

   Dated: December 23, 2009           By: /s/ Adam Wang
                                          ADAM WANG
                                          Attorney for Plaintiffs

   Dated: December 23, 2009           By: /s/ Robert Baker
                                          ROBERT BAKER
                                          Attorney for Defendants

**STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO COMPEL & ORDER THEREON**
**Mondragon, et al v. Fernandez, et al.**
                              1                    Case No.   C 08-5722 RMW

[PROPOSED] ORDER

    Plaintiffs filed a motion to compel, a hearing of which is currently set for January 6, 2010. Parties stipulate to continue the hearing on the motion to allow a further chance to meet and confer to resolve the disputes among themselves.

    GOOD CAUSE appearing, IT IS HEREBY ORDERED that the hearing on Plaintiffs' motion to compel (Docket No. 18) be reset for January 27, 2010, at 9:30 a.m. Plaintiffs' reply, if any, should be filed no later than January 13, 2010.

    IT IS SO ORDERED.

Dated: December 28, 2009        By: *Richard Seeborg*
                                               Richard Seeborg
                                               United States Magistrate Judge

**STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION
TO COMPEL & ORDER THEREON**
**Mondragon, et al v. Fernandez, et al.**
            2            Case No.   C 08-5722 RMW