**\*\* E-filed January 26, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONDRAGON, et al., | No. C08-05722 RMW (HRL) |
|     Plaintiffs,<br>v. | **ORDER CONTINUING PLAINTIFFS' MOTION TO COMPEL** |
| JESUS FERNANDEZ, et. al, | [Re: Docket No. 18] |
|     Defendants. | |

In November 2009, plaintiffs moved to compel further responses to interrogatories and requests for production. Defendants filed an opposition to the motion, but indicated that they were in the process of producing requested documents, which they say plaintiffs agreed to accept in lieu of updated interrogatory responses. After additional meet-and-confer efforts, plaintiffs now request that the court allow defendants an additional thirty days to cure any deficiencies.

Good cause appearing, the hearing on plaintiffs' motion to compel is continued to **March 9, 2010** at 10:00 a.m. In the interim, the parties shall continue to meet and confer in good faith to try to resolve this dispute without court intervention. Plaintiffs shall file a supplemental three-page brief informing the court of the status of the dispute by **February 23, 2010.** Defendants shall file a supplemental three-page opposition, if any, by **March 2, 2010**.

**IT IS SO ORDERED.**

Dated: January 26, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 08-05722 RMW (HRL) Notice will be electronically mailed to:**

Adam Wang            adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com
Adam Lee Pedersen    alpedersen@gmail.com
Robert David Baker   attyatlaw@earthlink.net

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**