\*\* E-filed March 12, 2010 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONDRAGON, et al., | No. C08-05722 RMW (HRL) |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL** |
| v. | |
| JESUS FERNANDEZ, et. al, | **[Re: Docket No. 18]** |
| Defendants. | |

Plaintiffs sued defendant Jesus Fernandez, the owner of Maria's Nightclub, Tony's Pool Hall, and Flamingo Nightclub, on behalf of themselves and a putative class of defendants' salaried employees for alleged violations of California and federal labor laws. Plaintiffs now move to compel Fernandez to provide further responses to interrogatories and requests for admission. Fernandez opposes the motion.[1] Pursuant to Civil Local Rule 7-1(b), the court finds the matter suitable for determination without oral argument, and the March 16, 2010 hearing is vacated.

The court's review of the interrogatories and requests for admission at issue in this motion shows that they are appropriate considering the nature of this case. The review also reveals that Fernandez's responses are insufficient under the circumstances. Fernandez's opposition does not

---

[1] Initially, plaintiffs also moved to compel document production. After the parties' again met and conferred, plaintiffs sought, and the court granted, additional time for defendants to cure the deficiencies raised in plaintiffs' motion. (Docket Nos. 29, 32.) Plaintiffs then filed a supplemental brief informing the court that the parties had resolved the dispute as to the document requests, but that a dispute still existed concerning plaintiffs' interrogatories and requests for admission. (Docket No. 37.) Fernandez did not respond to plaintiffs' supplemental brief.

appear to dispute the relevance of the inquiries—and fails to address the requests for admission at all. Instead, he only argues that plaintiffs' counsel agreed that documents could be produced in lieu of answering the interrogatories. (Opp'n 2.)

Nonetheless, plaintiffs aver that Fernandez's belated document production was insufficient to answer their interrogatories or their requests for admissions. Fernandez did not file an opposition to plaintiffs' current position. Accordingly, plaintiffs' motion to compel is GRANTED. Fernandez shall provide complete responses to plaintiffs' interrogatories and requests for admission within fourteen days of this order.

**IT IS SO ORDERED.**

Dated: March 12, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 08-05722 RMW (HRL) Notice will be electronically mailed to:**

Adam Wang adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com
Adam Lee Pedersen alpedersen@gmail.com
Robert David Baker attyatlaw@earthlink.net

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**