\*\* E-filed May 19, 2010 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONDRAGON, et al., | No. C08-05722 RMW (HRL) |
| Plaintiffs, | **ORDER DENYING PLAINTIFFS' MOTION FOR PROTECTIVE ORDER** |
| v. | |
| JESUS FERNANDEZ, et. al, | **[Re: Docket No. 43]** |
| Defendants. | |

On April 16, 2010, plaintiffs filed a one-and-one-half page motion for a protective order, seeking to prevent the noticed depositions of plaintiffs Florencia Aramburo Mondragon and Luis Alberto Zavala Fraga. The basis of the motion was that plaintiffs intended to file a motion to disqualify defendants' counsel, Robert Baker, and that plaintiff Fraga was "out of touch with his counsel." (Mot. 2.) Pursuant to Civil Local Rule 7-1(b), the court finds the matter suitable for determination without oral argument, and the May 25, 2010 hearing is vacated.

Plaintiffs' motion lacks sufficient information to support that their counsel engaged in a proper meet-and-confer effort prior to filing the instant motion, as required by this court's Local Rules. *See* N.D. Cal. Civ. R. 37-1. Moreover, a review of this case's docket shows that plaintiffs have not filed a motion to disqualify defendants' counsel. In sum, plaintiffs' extremely brief motion—notably lacking a supportive declaration—utterly fails to establish good cause for a protective order concerning either plaintiffs' deposition. *See* Fed. R. Civ. P. 26(c). Accordingly, plaintiffs' motion is DENIED.

**United States District Court**
For the Northern District of California

1  **IT IS SO ORDERED.**

2  Dated: May 19, 2010



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 08-05722 RMW (HRL)** N**otice will be electronically mailed to:**

Adam Wang            adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com
Adam Lee Pedersen    alpedersen@gmail.com
Robert David Baker   attyatlaw@earthlink.net

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**