Law Offices Robert David Baker
Robert David Baker, Esq. (87314)
80 South White Road
San Jose, CA 95127
Telephone (408) 251-3400
Facsimile: (408) 251-3401

Attorney for Defendant
JESUS FERNANDEZ

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| FLORENCIA ARAMBURO MONDRAGON; LUIS ALBERTO ZAVALA FRAGA;<br><br>Plaintiffs,<br><br>v.<br><br>JESUS FERNANDEZ dba MARIA'S NIGHTCLUB; TONY'S POOL HALL AND FLAMINGO NIGHTCLUB; DOES 1-10;<br><br>Defendants, | CASE NUMBER: C 08 05722 RMW<br><br>ORDER ALLOWING WITHDRAWAL OF ATTORNEY OF RECORD |

## ORDER

The application of Robert David Baker, Esq., to withdraw as attorney of record for Jesus Fernandez, dba Maria's Nightclub, Tony's Pool Hall, Flamingo Nightclub, came before this court ex parte.

Based upon the declaration of Robert David Baker, Esq. and the stipulation of Robert David Baker, Esq. Victoria Booke, Esq. and Jesus Fernandez,

//

AND FOR GOOD CAUSE APPEARING,

IT IS SO ORDERED that, Robert David Baker, Esq. is relieved as counsel of record for Jesus Fernandez, dba Maria's Nightclub, Tony's Pool Hall, Flamingo Nightclub.

IT IS FURTHER ORDERED that, Victoria Booke, Esq., is substituted in the place and stead of Robert David Baker, Esq.  Victoria Booke, Esq.'s information is as follows:

> Victoria Booke, Esq.
> Fahmy & Booke
> 606 N. First Street
> San Jose, CA  95112-5109
> Telephone: (408) 286-7000
> Facsimile: (408) 286-7111

Dated: June \_\_\_29\_\_\_, 2010

*Ronald M. Whyte*
Honorable Ronald M. Whyte
Judge, United States District Court